B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re: **Walter Loo, Alice Loo**, Debtor(s)

Case No. **11-44153**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Mileage Plus United | | 18,239.01 |
| Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Mileage Plus United | | 9,544.96 |
| Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Credit Card | | 3,602.82 |
| Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886-5548 | Amazon.com | | 28.36 |
| East-West Bank 135 North Los Robles Avenue 7th Floor Pasadena, CA 91101 | East-West Bank 135 North Los Robles Avenue 7th Floor Pasadena, CA 91101 | 4690 Tompkins Avenue Oakland, California 94619 | | 3,500,000.00 (Unknown secured) |
| IndyMac Mortgage P. O. Box 4045 Kalamazoo, MI 49003-4045 | IndyMac Mortgage P. O. Box 4045 Kalamazoo, MI 49003-4045 | 2081-2083 15th Street San Francisco, CA 94114 (Investment) | | 927,771.37 (900,000.00 secured) |
| Premium Financing Specialists Corp P. O. Box 5337 Concord, CA 94524 | Premium Financing Specialists Corp P. O. Box 5337 Concord, CA 94524 | Financing of Insurance Premium | | 11,954.07 |
| Wells Fargo Bank, N.A. P.O Box 522 Des Moines, IA 50306-0522 | Wells Fargo Bank, N.A. P.O Box 522 Des Moines, IA 50306-0522 | 2203 Ohio Avenue Signal Hill, CA 90806 | | 330,511.06 (252,585.00 secured) |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **Walter Loo**, **Alice Loo**
Debtor(s)

Case No. **11-44153**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Walter Loo** and **Alice Loo**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **May 3, 2011**          Signature **/s/ Walter Loo**
                                       **Walter Loo**
                                       Debtor

Date **May 3, 2011**          Signature **/s/ Alice Loo**
                                       **Alice Loo**
                                       Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re: **Walter Loo / Alice Loo**, Debtor(s)

Case No. **11-44153**
Chapter **11**

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **May 3, 2011**

**/s/ James Cai**
Signature of Attorney
**James Cai 200189**
**SCHEIN & CAI LLP**
**111 West Sain John Street, Suite 1250**
**San Jose, CA 95113**
**408-436-0789   Fax: 408-436-0758**

Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


East-West Bank
135 North Los Robles Avenue
7th Floor
Pasadena, CA 91101


IndyMac Mortgage
P. O. Box 4045
Kalamazoo, MI 49003-4045


Premium Financing Specialists Corp
P. O. Box 5337
Concord, CA 94524


Wells Fargo Bank, N.A.
P.O Box 522
Des Moines, IA 50306-0522