# United States Bankruptcy Court
## Northern District of California

In re: **Walter Loo / Alice Loo** Debtor(s)

Case No. **11-44153**
Chapter **11**

## CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **May 3, 2011**

**/s/ James Cai**
Signature of Attorney
**James Cai 200189
SCHEIN & CAI LLP
111 West Sain John Street, Suite 1250
San Jose, CA 95113
408-436-0789   Fax: 408-436-0758**

Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886-5548


East-West Bank
135 North Los Robles Avenue
7th Floor
Pasadena, CA 91101


IndyMac Mortgage
P. O. Box 4045
Kalamazoo, MI 49003-4045


Premium Financing Specialists Corp
P. O. Box 5337
Concord, CA 94524


Wells Fargo Bank, N.A.
P.O Box 522
Des Moines, IA 50306-0522